# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRELL R. ESCALANTI,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01315-RFB-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On June 29, 2015, the Clerk sent an order to petitioner at his address of record. (ECF No. 2). The order was returned to the Court as undeliverable – markings on the envelope indicate that petitioner is not at his address of record and that no new address is available. (ECF No. 4). Petitioner has not notified the Court of a change of address. Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

. . .

. . .

. . .

1. In light of the petitioner's status as a prisoner and considering the conditions of incarceration that may require prisoners to move to different facilities when an action is pending, the Court exercises its discretion to dismiss this action without prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 8th day of September, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE